IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br> vs.<br><br>PETER V. BRISTOL,<br><br>      Defendant. | 8:13CR25<br><br>TRIAL ORDER |

Upon the expiration of the deadline for filing pretrial motions,

**IT IS ORDERED:**

  1. The above-entitled case is scheduled for a jury trial before the Honorable John M. Gerrard, District Court Judge, to begin **Tuesday, June 25, 2013**, **at 9:00 a.m**. in Courtroom 1, Fourth Floor, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska; because this is a criminal case, defendant must be present in person. Counsel will receive more specific information regarding the order of trial from Judge Gerrard's staff.

  2. Any motions for a continuance of this trial date shall be electronically filed on or before **June 14, 2013**, and shall (a) set forth the reasons why the moving party believes that the additional time should be allowed and (b) justify the additional time, *citing specific references to the appropriate section(s) of the Speedy Trial Act, 18 U.S.C. § 3161 et seq*. Any defense motion for continuance shall be accompanied by a written affidavit signed by the defendant in accordance with NECrimR 12.1.

  3. The anticipated length of trial is four days.

**DATED** May 14, 2013.

                  BY THE COURT:

                  s/ F.A. Gossett, III
                  United States Magistrate Judge