IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,

Plaintiff,

vs.

PETER V. BRISTOL,

Defendant.

8:13-CR-25

FINAL ORDER OF FORFEITURE

This matter is before the Court on the plaintiff's Motion for Final Order of Forfeiture (filing 36). On August 13, 2013, the Court entered a Preliminary Order of Forfeiture (filing 29) pursuant to 31 U.S.C. § 5317, based upon the defendant's plea of guilty to structuring transactions with a domestic financial institution to evade reporting requirements, in violation of 31 U.S.C. § 5324, 31 C.F.R. § 103.11(gg), and 18 U.S.C. § 2, and his admission of the forfeiture allegation contained in the indictment. Filings 18, 24, and 27. By way of the preliminary order of forfeiture, the defendant's interest in $86,342.43 in United States currency was forfeited to the United States. Filing 29.

As directed by the order, a Notice of Criminal Forfeiture was posted beginning on August 15, 2013, on an official Internet government forfeiture site, www.forfeiture.gov, for at least 30 consecutive days, as required by Supp. Admiralty and Maritime Claims R. G(4)(a)(iii)(B). A Declaration of Publication (filing 35) was filed on October 21, 2013. The Court has been advised by the plaintiff that no petitions have been filed, and from a review of the Court file, the Court finds no petitions have been filed.

IT IS ORDERED:

1.    The plaintiff's Motion for Final Order of Forfeiture (filing 36) is granted.

2.    All right, title, and interest in and to the $86,342.43 in United States currency held by any person or entity are forever barred and foreclosed.

3.    The currency is forfeited to the plaintiff.

4. The plaintiff is directed to dispose of the currency in accordance with law.

Dated this 29th day of October, 2013

BY THE COURT:

John M. Gerrard
United States District Judge