IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 8:13-CR-25 |
| vs. | ORDER |
| PETER V. BRISTOL, | |
| Defendant. | |

This matter is before the Court on the plaintiff's Motion to Vacate (filing 48). Having reviewed the motion and the record, the Court will grant the plaintiff's motion and vacate its Final Order of Forfeiture (filing 43).

IT IS ORDERED:

1. The plaintiff's Motion to Vacate (filing 48) is granted.

2. The Court's Final Order of Forfeiture (filing 43) is vacated.

3. The plaintiff shall provide direct written notice of this order and the Court's Preliminary Order of Forfeiture (filing 29) to any person or entity it knows or believes to have an interest in the property seized by the plaintiff.

4. Any person or entity having an interest in the property shall file a petition asserting that interest within 30 days of receiving such notice, as required by 21 U.S.C. § 853(n)(2). The petition shall be signed by the petitioner under penalty of perjury and shall set forth the nature and extent of the petitioner's right, title, or interest in the property, the time and circumstances of the petitioner's acquisition of the right, title, or interest in the property, any additional facts supporting the petitioner's claim, and the relief sought, as required by 21 U.S.C. § 853(n)(3).

5. Upon adjudication of all third-party interests, the Court will enter a final order of forfeiture pursuant to 21 U.S.C. § 853(n), in which all interests will be addressed.

Dated this 27th day of February, 2014.

                BY THE COURT:

                _____
                John M. Gerrard
                United States District Judge