IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>vs.<br><br>PETER V. BRISTOL,<br><br>　　　　　　　　Defendant, and<br><br>ERIC P. PETERSEN,<br><br>　　　　　　　　Petitioner. | 8:13-CR-25<br><br>FINAL ORDER OF FORFEITURE |

　　　This matter is before the Court on the plaintiff's Motion for Final Order of Forfeiture (filing 56). On August 13, 2013, the Court entered a Preliminary Order of Forfeiture (filing 29) pursuant to 31 U.S.C. § 5317, based upon the defendant's plea of guilty to structuring transactions with a domestic financial institution to evade reporting requirements, in violation of 31 U.S.C. § 5324, 31 C.F.R. § 103.11(gg), and 18 U.S.C. § 2, and his admission of the forfeiture allegation contained in the indictment. Filings 18, 24, and 27. By way of the preliminary order of forfeiture, the defendant's interest in $86,342.43 in United States currency was forfeited to the United States. Filing 29. As directed by the preliminary order, a Notice of Criminal Forfeiture was posted beginning on August 15, 2013, on an official Internet government forfeiture site, www.forfeiture.gov, for at least 30 consecutive days, as required by Supp. Admiralty and Maritime Claims R. G(4)(a)(iii)(B). A Declaration of Publication (filing 35) was filed on October 21, 2013.

　　　The Court previously entered a Final Order of Forfeiture (filing 43) forfeiting all right, title, and interest to the property to the United States. But at the request of the plaintiff, the Court vacated that order so that a third-party interest in the property could be resolved. Filing 48; filing 49. In doing so, the Court directed the plaintiff to give direct, written notice to any person or entity claiming an interest in the seized currency at issue in this matter. Filing 49. The Court finds that the plaintiff did so by notifying the defendant's counsel and counsel for the defendant's business partner, Eric Petersen. Filing 53; filing 54.

　　　Petersen filed an Amended Third Party Petition for Claim of Interest (filing 55) asserting an interest in $51,610.63 of the total amount seized,

$137,953.06. The plaintiff does not object to Peterson's petition. Filing 56. The Court has been advised by the plaintiff that no other petitions have been filed, and from a review of the Court file, the Court finds no other petitions have been filed.

IT IS ORDERED:

1. The plaintiff's Motion for Final Order of Forfeiture (filing 56) is granted.

2. All right, title, and interest in and to $86,342.43 in United States currency held by any person or entity are forever barred and foreclosed.

3. $86,342.43 in United States currency is forfeited to the plaintiff.

4. Peterson's Amended Third Party Petition for Claim of Interest (filing 55) is granted.

5. Peterson's Third Party Petition for Claim of Interest (filing 52) is denied as moot.

6. The plaintiff is directed to return $51,610.63 to Peterson by tendering payment to the trust account of his attorney, Aaron F. Smeall.

7. The plaintiff is directed to dispose of the property described above in accordance with law.

Dated this 16th day of April, 2014.

BY THE COURT:

John M. Gerrard
United States District Judge